JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR GUNN,<br><br>    Plaintiff,<br><br>VS.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; PAINE WEBBER LONG TERM DISABILITY PLAN; PAINE WEBBER MEDICAL PLAN; PAINE WEBBER LIFE INSURANCE PLAN; PAINE WEBBER PENSION/RETIREMENT PLAN;<br><br>    Defendants. | CASE: 2:04-cv-01852-FMC-MANx<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED for the reasons stated in the Court's Order on Administrative Review, dated December 24, 2008, that Plaintiff Igor Gunn shall have judgment against Defendants Reliance Standard Life Insurance Company and the Paine Webber Long Term Disability Plan for recovery of the long term disability benefits prayed for in the Complaint, plus interest. The sums to be paid pursuant to this Judgment are as follows:

| | |
|---|---|
| Past due long term disability benefits up to December 24, 2008 ($823.09 per month for 63.8 months) | $52,513.14 |
| Pre-judgment interest at the rate of 10% | $16,430.98 |
| Total: | $68,944.12 |

1

Plaintiff shall be entitled to payment of additional monthly benefits, after December 24, 2008, for so long as he remains eligible for said benefits under the terms of the Plan. Plaintiff shall also be entitled to any additional employee benefits under the Paine Webber employee benefit plans for which he may be eligible as a result of this Judgment and/or the Court's determination that Plaintiff was entitled to disability benefits as of and subsequent to September 28, 2003.

Defendants are ordered to pay said sums to plaintiff herein within thirty (30) days after entry of Judgment. Thereafter, the amounts specified above shall accrue interest at the rate of 10%.

Plaintiff may move for an award of costs and attorneys' fees and any such motion must be filed within fourteen (14) days after entry of this Judgment.

Dated: January 9, 2009

_____
The Honorable Florence Marie Cooper
U.S. District Court Judge